# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marc Pierre Hall,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                               3:05-cv-425/3:95-cr-5

USA ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/05 Order.

**Signed: October 25, 2005**

Frank G. Johns, Clerk
United States District Court